1008

[No. 73552-7-I. Division One. September 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SIMON PUOT SOLOMON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02075-3, Michael T. Downes, J., entered May 29, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Cox, JJ.

[No. 73553-5-I. Division One. September 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MAXIMO BERNAL-ROSAS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 13-1-01261-7, John M. Meyer, J., entered May 22, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Leach, JJ.

[No. 73755-4-I. Division One. September 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. KING, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-1-00071-6, Charles R. Snyder, J., entered July 20, 2015. *Remanded* by unpublished opinion per Becker, J., concurred in by Cox and Leach, JJ.

[No. 73822-4-I. Division One. September 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MONIQUE SHAUNTE HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01900-3, George N. Bowden, J., entered July 9, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Trickey, A.C.J., and Cox, J.